IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

HAO VAN LE, on behalf of
himself and all others similarly
situated, d/b/a BLUEWATER
SEAFOOD,

       Plaintiff,

vs.                                         CASE NO. 5:10cv124/RS-MD

BP, PLC; BP CORPORATION NORTH
AMERICA, INC.; BP COMPANY NORTH
AMERICA, INC.; BP PRODUCTS NORTH
AMERICA, INC.; ANADARKO PETROLEUM CORP.;
MOEX OFFSHORE 2007, LLC; TRANSOCEAN,
LTD.; TRANSOCEAN OFFSHORE
DEEPWATER DRILLING, INC.; TRANSOCEAN
DEEPWATER, INC.; HALLIBURTON ENERGY
SERVICES, INC.; CAMERON INTERNATIONAL
CORPORATION f/k/a COOPER CAMERON
CORPORATION; M-I, LLC; and BP AMERICA,
INC.,

       Defendants.
_____/

## ORDER

Before me are Defendants, Anadarko Petroleum Corp. And Moex Offshore 2007, LLC's Unopposed Motion For Extension To File Answer (Doc. 9); the Expedited Motion of BP Defendants For Extension Of Time To File Answer (Doc. 13); and Defendant M-1, LLC's Motion For Extension Of Time To Serve Responsive Pleadings To Plaintiffs' Complaint (Doc. 16).

**IT IS ORDERED:**

    1.    All activity in this case is stayed until further Order pending a

determination by the Panel on Multidistrict Litigation.

2. In light of this stay, further motions for extensions of time to file responses to the Complaint are unnecessary.

**ORDERED** on June 16, 2010.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**