IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

HAO VAN LE, on behalf of
himself and all others similarly
situated, d/b/a BLUEWATER
SEAFOOD,

    Plaintiff,

vs.                                                      CASE NO. 5:10cv124/RS-MD

BP, PLC; BP CORPORATION NORTH
AMERICA, INC.; BP COMPANY NORTH
AMERICA, INC.; BP PRODUCTS NORTH
AMERICA, INC.; ANADARKO PETROLEUM CORP.;
MOEX OFFSHORE 2007, LLC; TRANSOCEAN,
LTD.; TRANSOCEAN OFFSHORE
DEEPWATER DRILLING, INC.; TRANSOCEAN
DEEPWATER, INC.; HALLIBURTON ENERGY
SERVICES, INC.; CAMERON INTERNATIONAL
CORPORATION f/k/a COOPER CAMERON
CORPORATION; M-I, LLC; and BP AMERICA,
INC.,

    Defendants.
_____/

## ORDER

The Motion of Defendants, Anadarko Petroleum Corporation And Moex Offshore 2007, LLC To Dismiss Complaint (Doc. 17) is denied as moot. See Order of Stay (Doc. 19) dated June 16, 2010.

**ORDERED** on June 21, 2010.

                                                 /S/ Richard Smoak
                                                 **RICHARD SMOAK**
                                                 **UNITED STATES DISTRICT JUDGE**